**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRANDON HATHEWAY, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:25-cv-7989 |
| | ) | |
| INTERNATIONAL MOTORS, LLC, | ) | Hon. Lindsay C. Jenkins |
| | ) ) | Magistrate Judge: Hon. Gabriel A. Fuentes |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant International Motors, LLC ("Defendant"), respectfully moves the Court to dismiss Plaintiff Brandon Hatheway's ("Plaintiff") Complaint, which asserts claims under the Employee Retirement Income Security Act of 1974 ("ERISA"). Plaintiff opposes Defendant's motion to dismiss. For the reasons set forth in Defendant's accompanying memorandum in support of its motion to dismiss, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety because Plaintiff lacks standing under Fed. R. Civ. P. 12(b)(1) and all Counts of the Complaint fail to state a claim for relief under Fed. R. Civ. P. 12(b)(6). Defendant respectfully requests that the Court also award it all other relief the Court deems just and appropriate, including Defendant's attorney fees in accordance with 29 U.S.C. § 1132(g), ERISA § 502(g).

The Court has set the following briefing schedule for the motion to dismiss:

- Defendant's motion to dismiss is due by September 23, 2025;

- Plaintiff's opposition to the motion to dismiss is due by October 30, 2025; and

- Any reply brief is due by November 25, 2025.

Dated: September 23, 2025          **INTERNATIONAL MOTORS, LLC**

                                           By: *Lindsey H. Chopin*
                                               One of Its Attorneys

Lindsey H. Chopin (admitted *pro hac vice*)
Timothy P. Doolin (admitted *pro hac vice*)
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Fax: (504) 208-1759
Lindsey.Chopin@jacksonlewis.com
Tim.Doolin@jacksonlewis.com

Sung Cheol Sam Park
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
Sam.Park@jacksonlewis.com

## <u>CERTIFICATE OF SERVICE</u>

I, Lindsey H. Chopin, hereby certify that on September 23, 2025, I caused a true and correct copy of the above and foregoing *DEFENDANT'S OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT* was filed with the Court using its CM/ECF system which will send notice of such filing to all counsel of record.

*/s/ Lindsey H. Chopin*
Lindsey H. Chopin
(admitted *pro hac vice*)

3