UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON HATHEWAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MOTORS, LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-07989<br><br>Hon. Lindsay C. Jenkins |

**PLAINTIFF'S UNOPPOSED MOTION TO STAY DEADLINES**

Plaintiff Brandon Hatheway ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for a brief stay of the current deadlines, including the October 30, 2025 deadline for Plaintiff's response to Defendant's Motion to Dismiss, until December 1, 2025, to allow the parties to engage in preliminary settlement discussions. In support of this Motion, Plaintiff states as follows:

1. On September 23, 2025, the parties filed their Joint Initial Status Report, which noted that Defendant anticipated filing a Motion to Dismiss and that no substantive settlement discussions had yet occurred.

2. Defendant subsequently filed its Motion to Dismiss, and Plaintiff's response is currently due on October 30, 2025.

3. Since that filing, counsel for the parties have conferred and agreed that it would be productive to explore the possibility of resolving this matter without further litigation. A brief stay of deadlines would conserve judicial and party resources while the parties engage in these discussions.

4. Counsel for Defendant has indicated that Defendant does not oppose this request for a short stay.

5. Accordingly, Plaintiff respectfully requests that the Court stay all current deadlines through December 1, 2025, to permit the parties time to discuss potential settlement and, if those discussions are unsuccessful, to resume briefing thereafter.

6. This request is made in good faith and not for the purpose of delay. Granting it will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order staying all deadlines in this action, including Plaintiff's deadline to respond to Defendant's Motion to Dismiss, through December 1, 2025, and granting such other and further relief as the Court deems just and proper.

DATED: October 28, 2025

Respectfully submitted,

By: */s/ Oren Faircloth*
Oren Faircloth
Mason A. Barney
SIRI & GLIMSTAD LLP
745 Fifth Ave.
Suite 500
New York, NY 10151
Telephone (212) 532-1091
ofaircloth@sirillp.com
mbarney@sirillp.com

*Attorneys for Plaintiff*