IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON HATHEWAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MOTORS, LLC,<br><br><br>Defendant. | Case No.: 1:25-cv-7989<br><br>Honorable Lindsay C. Jenkins<br><br>Magistrate Judge: Hon. Gabriel A. Fuentes |

**<u>DEFENDANT'S MOTION TO WITHDRAW TIMOTHY P. DOOLIN</u>**

Defendant International Motors, LLC ("Defendant"), by and through its undersigned counsel, hereby requests the Court's permission to withdraw Timothy P. Doolin as counsel of record for Defendant. In support of this Motion, Defendant states as follows:

1. Timothy P. Doolin has resigned from his position with Jackson Lewis P.C., and therefore is no longer able to represent Defendant in this matter.

2. Lindsey H. Chopin and Sung Cheol Sam Park of Jackson Lewis P.C. will remain as counsel of record for Defendant.

3. International Motors, LLC as well as counsel for Defendant consent to this withdrawal.

4. This request is not sought for the purpose of delay and will not prejudice any party.

WHEREFORE, Defendant respectfully requests that the Court issue an Order granting Timothy P. Doolin to withdraw as counsel of record for Defendant International Motors, LLC.

Dated: February 2, 2026            Respectfully submitted,

           By:    **INTERNATIONAL MOTORS, LLC**

           */s/ Lindsey H. Chopin*
           One of Its Attorneys

Sung Cheol Sam Park
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel.: 312.787.4949
Sam.Park@jacksonlewis.com

Lindsey H. Chopin (admitted *pro hac vice*)
601 Poydras St., Suite 1400
New Orleans, Louisiana 70130
Tel.: 504.208.1755
Lindsey.Chopin@jacksonlewis.com

<u>**CERTIFICATE OF SERVICE**</u>

  I, Lindsey H. Chopin, an attorney, certify that on this 2nd day of February, 2026, I caused a true and correct copy of the foregoing ***DEFENDANT'S MOTION TO WITHDRAW TIMOTHY P. DOOLIN*** to be filed with the Clerk of the Court using the Electronic Filing System, which will send notification of such filing to all counsel of record.

                */s/ Lindsey H. Chopin*
                Lindsey H. Chopin (admitted *pro hac vice*)