UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON HATHEWAY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MOTORS, LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-07989<br><br>Hon. Lindsay C. Jenkins |

**JOINT STATUS REPORT**

Plaintiff Brandon Hatheway and Defendant International Motors, LLC (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's prior Order (Dkt. 28) and the Parties' Joint Motion to Extend Stay of Deadlines filed on December 29, 2025.

STATUS OF SETTLEMENT

1. As previously reported to the Court, the Parties have been engaged in good-faith and productive settlement negotiations since the Court granted the initial stay of briefing deadlines on November 25, 2025.

2. The Parties are pleased to inform the Court that they have now finalized a Settlement Agreement resolving all claims in this matter.

3. Plaintiff anticipates filing a Motion for Preliminary Approval of the Class Action Settlement on or before April 5, 2026, which is within thirty (30) days of the date of this Joint Status Report.

2

4. In light of the foregoing, the Parties respectfully request that the Court continue the stay of all deadlines, including briefing on Defendant's pending Motion to Dismiss, until the Court rules on Plaintiff's forthcoming Motion for Preliminary Approval.

5. The Parties will promptly advise the Court if any circumstances arise that would affect the anticipated filing date for the Motion for Preliminary Approval.

WHEREFORE, the Parties respectfully request that the Court accept this Joint Status Report and continue the stay of all deadlines pending the Court's ruling on Plaintiff's anticipated Motion for Preliminary Approval of Class Action Settlement.

Dated: March 7, 2026                    Respectfully submitted,

By: */s/ Oren Faircloth*
Oren Faircloth
Mason A. Barney
SIRI & GLIMSTAD LLP
745 Fifth Ave.
Suite 500
New York, NY 10151
Telephone (212) 532-1091
ofaircloth@sirillp.com
mbarney@sirillp.com

*Attorneys for Plaintiff*