**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRANDON HATHEWAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MOTORS, LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-07989<br><br>Hon. Lindsay C. Jenkins |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT**

Plaintiff Brandon Hatheway, by and through undersigned counsel, on behalf of himself and the Class Members, respectfully moves this Court for an Order granting preliminary approval of their Class Action Settlement Agreement with Defendant International Motors, LLC, preliminarily certifying the Settlement Class, appointing Siri & Glimstad LLP as Class Counsel, approving the Settlement Notice, and scheduling a Final Approval Hearing. In support of this Motion, Plaintiff relies on the Memorandum of Law filed herewith, the accompanying declaration of Oren Faircloth, Esq., along with the exhibits thereto.

Dated: April 13, 2026                         Respectfully submitted,

                                              /s/ *Oren Faircloth*
                                              Oren Faircloth
                                              Mason A. Barney
                                              Siri & Glimstad LLP
                                              100 Pearl Street, 14th Floor - #16946876
                                              Hartford, CT 06103
                                              ofaircloth@sirillp.com
                                              mbarney@sirillp.com
                                              Tel: (929) 677-5181

                                              *Attorneys for Plaintiff and the Proposed Class*